1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                     AT SEATTLE

8    DANIEL DURBAN,

9                          Plaintiff,           CASE NO. 2:17-cv-1483-JLR

10          v.                                  **ORDER GRANTING**
                                                **APPLICATION TO PROCEED IN**
11   GOLDEN STATE WATER COMPANY,                **FORMA PAUPERIS**

12                         Defendant.

13          Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **GRANTED**.  Plaintiff

14   may proceed without prepayment of costs or fees or the necessity of giving security therefore.

15          The Clerk is directed to send a copy of this Order to plaintiff.

16          DATED this 19th day of October, 2017.

17

18                                              _____
                                                BRIAN A. TSUCHIDA
19                                              United States Magistrate Judge

20

21

22

23