1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL DURBAN,

                              Plaintiff,

        v.

GOLDEN STATE WATER
COMPANY,

                              Defendant.

CASE NO. C17-1483JLR

ORDER TO SHOW CAUSE

Plaintiff Daniel Durban brought this suit against Defendant Golden State Water

Company ("GSW"), alleging that GSW "illegally placed a contaminant[] in their water

system," causing Mr. Durban to become ill. (Compl. (Dkt. # 1) at 2.) Mr. Durban filed

an identical complaint against GSW on October 23, 2017. *See Durban v. Golden St.*

*Water Co.*, No. C17-1570MJP, Dkt. # 1 (W.D. Wash.). The court dismissed this later suit

because venue was improper; Mr. Durban was urged to refile the suit in the proper

district. *See id.*, Dkt. # 4 at 1-2.

ORDER - 1

1    The same seems to be true here. GSW—a California company—does not reside in

2    the Western District of Washington. (Compl. at 1); 28 U.S.C. § 1391(b)(1). Moreover,

3    the events complained of seems to have occurred in California, not Washington. (*See id.*

4    at 2-3); 28 U.S.C. § 1391(b)(2). If venue is improper, then the court "shall dismiss, or if

5    it be in the interest of justice, transfer such case to any district or division in which it

6    could have been brought." 28 U.S.C. § 1406(a). Accordingly, the court ORDERS Mr.

7    Durban to show cause why venue is proper in this matter under 28 U.S.C. § 1391(b)

8    within ten (10) days of the date of this order. If Mr. Durban fails to respond or otherwise

9    demonstrate proper venue, the court will dismiss the action without prejudice pursuant to

10   28 U.S.C. § 1406(a).

11   Dated this 22nd day of November, 2017.

12

13   JAMES L. ROBART
     United States District Judge

14

15

16

17

18

19

20

21

22