UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL DURBAN,<br><br>                Plaintiff,<br>v.<br><br>GOLDEN STATE WATER COMPANY,<br><br>                Defendant. | CASE NO. C17-1483JLR<br><br>ORDER OF DISMISSAL |

On November 22, 2017, the court ordered Plaintiff Daniel Durban to show cause why his claims against Defendant Golden State Water Company should not be dismissed without prejudice for improper venue. (11/22/17 Order (Dkt. # 7).) The court required Mr. Durban to respond to the order to show cause within ten days. (*Id.* at 2.) The court specifically warned Mr. Durban that if he does not timely respond or demonstrate proper venue, the court will dismiss the action without prejudice pursuant to 28 U.S.C. § 1406(a). (*Id.*) After this order to show cause was entered, Golden State Water

ORDER - 1

Company filed a motion to dismiss for lack of personal jurisdiction and improper venue. (MTD (Dkt. # 9).)

More than ten days have passed since the court's order to show cause. Mr. Durban has failed to respond to the court's order. (*See generally* Dkt.) Accordingly, the court ORDERS that all claims in this action against the Golden State Water Company are hereby DISMISSED without prejudice. Because the court dismisses this action, the pending motion to dismiss filed by Golden State Water Company (Dkt. # 9) is DENIED as moot.

Dated this 11th day of December, 2017.

JAMES L. ROBART
United States District Judge